**Order entered May 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00587-CV

**BETTER BUSINESS BUREAU OF METROPOLITAN DALLAS, INC., Appellant**

**V.**

**BH DFW, INC., Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00921**

## ORDER

Before the Court is BH DFW, Inc.'s May 30, 2013 Motion to Add Appellee Counsel.

We **GRANT** the motion. The Clerk is **DIRECTED** to add Robert Teir as counsel for BH DFW,

Inc. and to direct electronic notices of filings in this matter to Mr. Teir.

/s/    ROBERT M. FILLMORE
       JUSTICE